Steven W. Ritcheson, Esq. (SBN 174062)
INSIGHT, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292
Telephone:  (818) 744-8714
Fax:  (818) 337-0383
Email:  swritcheson@insightplc.com

David R. Bennett
(Admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com

Counsel for Plaintiff
Altair Logix LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ALTAIR LOGIX LLC,** | PATENT |
| Plaintiff, | Case No. 3:20-cv-06757-EMC |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **DFI AMERICA, LLC,** | |
| Defendant. | |

Plaintiff Altair Logix LLC hereby files this Notice of Voluntary Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.  Accordingly, Altair Logix LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted,

December 8, 2020

/s/*Steven W. Ritcheson*
Steven W. Ritcheson, Esq. (SBN 174062)
INSIGHT, PLC

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | OF COUNSEL: | 578 Washington Blvd., #503<br>Marina del Rey, CA 90292 |
| 2 | David R. Bennett<br>(Admitted Pro Hac Vice) | Telephone:  (818) 744-8714<br>Fax:  (818) 337-0383 |
| 3 | Direction IP Law<br>P.O. Box 14184 | Email:  swritcheson@insightplc.com |
| 4 | Chicago, IL 60614-0184 | Attorneys for Plaintiff Altair Logix LLC |
| 5 | (312) 291-1667<br>dbennett@directionip.com | |

**GRANTED**

*[Signature]*
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE